IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. SANCHEZ,<br><br>    Petitioner,<br><br>  v.<br><br>RANDY DERRAL ADAMS, Warden,<br><br>    Respondent._____/ | No. C 09-05447 CW (PR)<br><br>JUDGMENT |

    For the reasons stated in the Court's Order of today's date granting Respondent's motion to dismiss, judgment is hereby entered in favor of Respondent.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 9/27/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE